■ IRA CHAPLIN et al., Appellants, v LEISURE PUBLICATIONS PLUS, Respondent, et al., Defendant. [616 NYS2d 985] —Appeal by the plaintiffs from an order of the Supreme Court, Kings County (Krausman, J.), dated January 5, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Krausman at the Supreme Court. Thompson, J. P., Sullivan, Altman and Goldstein, JJ., concur.